MANDATE

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand twenty-one.

_____

United States of America,

        Appellee,

v.

Michael H. Wilson, AKA George Possiodis,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 21-1565

Appellant, *pro se*, moves to withdraw the above-captioned appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. The appeal is deemed WITHDRAWN. Appellant's motion to proceed *in forma pauperis* and for compassionate release (docket entry 15) is DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/11/2021