PROB 22
(Rev. 2/88)

## TRANSFER OF JURISDICTION

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0209 1:10CR00363-001 |
| FILED JUN - 9 2023 | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael H. Wilson a/k/a George Possiodis | Western District of New York | Buffalo |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable William M. Skretny, Senior United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 1/31/2023 | 1/30/2025 |

| OFFENSE |
|---|
| Wire Fraud, in violation of 18 U.S.C §1343 |

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ WESTERN _____ DISTRICT OF _____ NEW YORK _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ NORTHERN DISTRICT OF OHIO _____ upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*  *Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants.*

4/6/2023
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ NORTHERN _____ DISTRICT OF _____ OHIO _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/7/2023
Effective Date

_____
United States District Judge